**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **BRENT MICHAEL COKER, INDIVIDUALLY and as the ADMINISTRATOR of the ESTATE of GLENN LAMAR COKER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**API OUTDOORS, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO. 5:23-cv-511 (MTT)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

1.

A Rule 16 pretrial conference will be held in Macon, Georgia, at **9:30 a.m. on 6/23/2026**.  The Court requires that lead counsel for each party attend the pretrial conference.

2.

This case is set for jury trial during the trial term scheduled to begin on **7/13/2026 at 9:00 a.m.**

**SO ORDERED,** this 18th day of May, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT