IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| BRENT MICHAEL COKER, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:23-cv-00511-MTT |
| | * | |
| API OUTDOORS et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated November 17, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of November, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk